John E. Nyman and Hal N. Orr, Defendants in Error,
v. Ferdinand G. Gasche and Mrs. Ferdinand G.
Gasche, Plaintiffs in Error.

Gen. No. 20,208.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. DAVID SULLI-
VAN, Judge, presiding. Heard in the Branch Appellate Court at the
March term, 1914. Affirmed. Opinion filed December 22, 1914. Re-
hearing denied January 5, 1915.

## Statement of the Case.

Action by John E. Nyman and Hal N. Orr against
Ferdinand G. Gasche and Mrs. Ferdinand G. Gasche
for dental services rendered to the latter. From a
judgment in favor of the plaintiffs, defendants bring
error.

Assignments of error were predicated on the alleged
insufficiency of the evidence bearing on the questions
whether the contract for services was with one or both
of the plaintiffs and whether there was a breach of
contract and failure to perform on their part.

KNAPP & CAMPBELL, for plaintiffs in error; JOHN R.
COCHRAN, of counsel.

ROSENTHAL & HAMILL, for defendants in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion
of the court.

## Abstract of the Decision.

1.  TRIAL, § 199*—*effect of conflicting evidence on motion for
directed verdict.* A motion for a directed verdict is properly over-
ruled where the evidence is conflicting.

2.  APPEAL AND ERROR, § 601*—*necessity for preservation of motion
for new trial for review of sufficiency of evidence.* The weight or

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

sufficiency of the evidence will not be considered in the absence of the proper preservation of a motion for a new trial.

3. APPEAL AND ERROR, § 800*—*insufficiency of transcript to preserve ruling on motion.* The failure to preserve a motion for a new trial on the ground of the weight or sufficiency in the bill of exceptions is not obviated by a recital in the clerk's transcript that such a motion was made and overruled.

4. INSTRUCTIONS, § 133*—*presentation of opposing theories.* An instruction framed to present plaintiffs' theory of the case and not that of defendants', which is presented by other instructions given at defendants' request, is not erroneous.